**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6305**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

STEVEN ISAAC TROTMAN,

                    Defendant - Appellant.

Appeal from the United States District Court for the District of Virginia, at Norfolk.    Raymond  A.  Jackson,  District  Judge. (2:01-cr-00180-RAJ-2)

Submitted: June 14, 2012              Decided: June 19, 2012

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Steven Isaac Trotman, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven Isaac Trotman appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Trotman, No. 2:01-cr-00180-RAJ-2 (E.D. Va. filed Feb. 3 & entered Feb. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED